IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 1:04-00001 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| CARLOS LAJUAN CATHEY, | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendant's motion for resentencing (Docket Entry No. 137) is **GRANTED**. The Defendant is sentenced to 151 months on Counts Two, Three, and Four, to be served concurrently.

It is so **ORDERED**.

**ENTERED** this ___ day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court