**IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

UNITED STATES OF AMERICA,      )
                                  )
        Plaintiff,             )          No. 1:04-00001
                                  )          Chief Judge Haynes
v.                                  )
                                  )
CARLOS LAJUAN CATHEY,        )
                                  )
        Defendant.           )

**O R D E R**

Before the Court is the Government's motion for reconsideration and request to hold ruling in abeyance. (Docket Entry No. 140). The Government requests that the Court hold the Court's order (Docket Entry No. 139) granting Defendant's motion for resentencing (Docket Entry No. 137) in abeyance pending the Sixth's Circuit's ruling on the Government's pending petition for en banc review of the decision in United States v. Blewett, __ F.3d ___, 2013 WL 2121945 (6th Cir. May 17, 2013).

The Court finds that the Sixth's Circuit's ruling in this decision is applicable to the Court's order resentencing the Defendant based on the Fair Sentencing Act and Sentencing Guideline Amendment 750 (Docket Entry No. 139), and that an abeyance of this order would not prejudice the Defendant, whose current release date based on the Court's amended sentence is July 21, 2015, more than two years from now. (Docket Entry No. 140). Accordingly, the Court hereby **GRANTS** the Government's motion (Docket Entry No. 140) to hold the Court's order resentencing the Defendant (Docket Entry No. 139) in abeyance until the Sixth Circuit's decision regarding review of United States v. Blewett.

It is so **ORDERED**.

ENTERED this _25th_ day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court